UNITED STATES of America,
Plaintiff–Appellee

v.

Kim Joe GRAVES, also known as K–Rock, also known as Kim Joe Graves, Jr., Defendant–Appellant.

No. 06–10245
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Suzanna O. Etessam, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Larry Edward Jarrett, Assistant U.S. Attorney, Richardson, TX, for Defendant–Appellant.

---

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kim Joe Graves has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Graves has filed a response requesting that new counsel be appointed. Our independent review of the record, counsel's brief, and Graves's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The request for new counsel is DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.